Brian S. Letofsky, Esq. (SBN 159232)
WATKINS & LETOFSKY, LLP
2900 S. Harbor Blvd., Suite 240
Santa Ana, CA 92704
Office: (949) 476-9400; Fax: (949) 476-9407

Attorneys for Plaintiff, STATE FARM GENERAL INSURANCE COMPANY

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM GENERAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>LASKO PRODUCTS, LLC; WALMART INC.; and DOES 1 to 20, Inclusive,<br><br>Defendants. | Case No.: 2:18-CV-07679-KS<br>Magistrate Judge: Karen L. Stevenson<br>Courtroom: 580, 5th Floor<br><br>**STIPULATION AND ORDER FOR A REQUEST FOR DISMISSAL WITH PREJUDICE WITH CONDITIONS**<br><br>COMPLAINT FILED: 07/26/18<br>TRIAL DATE: Not Yet Assigned |

TO THE HONORABLE JUDGE AND ALL ATTORNEYS OF RECORD:

IT IS HEREBY STIPULATED by Plaintiff, STATE FARM GENERAL INSURANCE COMPANY ("Plaintiff") and Defendants LASKO PRODUCTS, LLC and WALMART, INC. ("Defendants") by and through their respective attorneys of record, as follows:

1. The above-captioned case has settled.

2. Plaintiff and Defendants stipulate to dismiss the above-captioned action in its entirety with prejudice.

1

STF.1208

**STIPULATION AND ORDER FOR A REQUEST FOR DISMISSAL WITH PREJUDICE WITH CONDITIONS**

3. All parties have agreed to waive all costs and attorneys' fees associated with this action.

4. All parties agree to release any potential claims against each other for malicious prosecution and/or abuse of process.

5. This stipulation may be executed in counterparts, and a copy, including a facsimile, of an executed counterpart of this stipulation may be filed with the Court and will be deemed to be an original.

DATED: May 23, 2019

WATKINS & LETOFSKY, LLP

By: *(signature)*
BRIAN S. LETOFSKY, ESQ
Attorney for Plaintiff,
STATE FARM GENERAL
INSURANCE COMPANY

DATED: May 24, 2019

WILSON TURNER KOSMO LLP

By: *(signature)*
ROBERT A. SHIELDS, ESQ.
Attorney for Defendants,
LASKO PRODUCTS, LLC & WALMART, INC.

STF.1208

STIPULATION AND ORDER FOR A REQUEST FOR DISMISSAL WITH PREJUDICE WITH CONDITIONS

IT IS HEREBY ORDERED that the above-entitled matter is dismissed with prejudice with the conditions stated above.

**IT IS SO ORDERED.**

DATED: May 28, 2019

*[signature]*
**JUDGE OF THE FEDERAL COURT**
U.S. Magistrate Judge

3

STF.1208

**STIPULATION AND ORDER FOR A REQUEST FOR DISMISSAL WITH PREJUDICE WITH CONDITIONS**